UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ26-267 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ADAM MILLER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offenses charged:

1. Unlawful Possession of a Firearm

Date of Detention Hearing:    May 5, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant has a lengthy criminal record that includes convictions for controlled substances, multiple convictions for unlawful possession of firearms, resisting arrest, failure to obey an officer, reckless driving.   He has multiple failures to appear and was in warrant status four times during DOC supervision.   At the time of his arrest in the current offense, he refused to exit his residence for 90 minutes, requiring law enforcement to use force to enter.   In the house, officers found an array of weapons, a large amount of ammunition, and controlled substances.   Defendant was the primary caregiver for his young daughter with special needs, but admitted to daily methamphetamine use.   Defendant poses both a risk of nonappearance and danger to the community.

2.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 6th day of May 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3