Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____May 13_____ 20 26

By _____ Joshua C. Lewis
Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR 26-083 RSM** |
| Plaintiff, | |
| v. | **INDICTMENT** |
| ADAM TODD MILLER, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about April 29, 2026, in King County, within the Western District of Washington, ADAM TODD MILLER, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.   *Possession with Intent to Deliver a Controlled Substance*, in Pierce County Superior Court, under case number 14-1-03581-2, on or about February 26, 2015; and

    ii.   *Unlawful Possession of a Firearm*, in Pierce County Superior Court, under case number 14-1-03581-2, on or about February 26, 2015;

Indictment - 1
*United States v. Miller*
USAO No. 2026R00575

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Christensen Arms 300 Win Mag rifle, a Ruger 9mm carbine rifle, a Garaysar .12-gauge shotgun, a Taurus 9mm pistol, and a Taurus .45 caliber pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, ADAM TODD MILLER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to, the following firearms and ammunition seized from Defendant's residence in Federal Way, Washington, on or about April 29, 2026:

    a.     One Christensen Arms 300 Win Mag rifle and any associated ammunition;

    b.     One Ruger 9mm carbine rifle and any associated ammunition;

    c.     One Garaysar .12-gauge shotgun and any associated ammunition;

    d.     One Taurus 9mm pistol and any associated ammunition; and

    e.     One Taurus .45 caliber pistol and any associated ammunition.

//

//

//

Indictment - 2
*United States v. Miller*
USAO No. 2026R00575

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or,

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED:

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
VINCENT LOMBARDI
Assistant United States Attorney

_____
MAX B. SHINER
CRYSTAL C. CORREA
Assistant United States Attorney

Indictment - 3
*United States v. Miller*
USAO No. 2026R00575

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800